# United States District Court
## Violation Notice

**CVB Location Code:** CC81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7667596 | Landry | 609 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 1/15/21  2100 | 36 CFR 4.23 (a)(1) |

**Place of Offense:** Joshua Tree National Park Pinto Basin Rd mile 7

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Operating a vehicle while under the influence of Alcohol

### DEFENDANT INFORMATION

**Phone:** (503) 736-2865

| Last Name | First Name | M.I. |
|---|---|---|
| Arndorfer | Kurt | S |

**Street Address:** 1815 NE 15th Ave APT F

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Portland | OR | 97212 | 3/12/1973 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 4992776 | | OR | 335 70 9135 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair: BRN  Eyes: BLU  Height: 6'  Weight: 175

### VEHICLE  VIN: —  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| M658448 | OR | 09 | Aprilia | | red |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** _____  **Date (mm/dd/yyyy):** _____  **Time (hh:mm):** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** Issued in Person

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN 03/15/2021 15:27
NP 2160 4767
7667596